IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEREMIAH GOODWIN,
    Plaintiff,

v.                                                                              Civil No. 3:23cv809 (DJN)

DINWIDDIE COURT, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 22, 2024, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed Plaintiff to pay the $405 filing fee within twenty (20) days of the date of entry thereof. (ECF No. 4.) More than twenty (20) days have elapsed, and Plaintiff has not paid the required filing fee. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                     /s/
                                                      David J. Novak
                                                      United States District Judge

Richmond, Virginia
Dated: February 16, 2024